USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE          :
COMMISSION,                      :
                                 :
                      Plaintiff, :      1:19-cv-5718-GHW
         -v-                     :
                                 :      ORDER
KIT MUN CHAN, LAU KEAN CHONG,    :
CHONG POUI FAN, BINJI LU, and    :
YOUN CHIEN WONG,                 :
                     Defendants. :
                                 :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In Plaintiff's memorandum of law in support of its motion for default judgment, Dkt No. 30, Plaintiff has not provided sufficient information for the Court to calculate the level of civil penalties that should apply in this case. Accordingly, Plaintiff is directed to file supplemental briefing no later than January 31, 2020 explaining its preferred method of calculating civil penalties, the amount of civil penalties proposed, and explaining its reasoning—including mathematical calculations, if necessary—for why the proposed amount of civil penalties is appropriate under the method Plaintiff has proposed. To the extent multiple methods of calculating civil penalties may be appropriate, *see S.E.C. v. GTF Enterprises, Inc.*, No. 10-CV-4258 RA, 2015 WL 728159, at *4 (S.D.N.Y. Feb. 19, 2015), Plaintiff is directed to calculate penalties under all applicable methods or to explain why the alternative methods are inappropriate in this case.

Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: January 29, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge