USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,

-v-

KIT MUN CHAN, LAU KEAN CHONG, CHONG POUI FAN, BINJI LU, and YOUN CHIEN WONG,

                      Defendants.

-------------------------------------------------------------------X

1:19-cv-5718-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The initial pretrial conference scheduled for February 6, 2020 is adjourned *sine die*. The Court will set a new date for the conference in the future if necessary.

Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: February 3, 2020
New York, New York

                                              GREGORY H. WOODS
                                              United States District Judge