```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                                       Plaintiff,

- against -

KIT MUN CHAN, LAU KEAN CHONG,
CHONG POUI FAN, BINJI LU AND
YOUN CHIEN WONG,

                                   Defendants,

and

CHOICETRADE, LETSGOTRADE, INC, AND
TD AMERITRADE INC.,

                                   Garnishees.

1:19-cv-05718-GHW

**GARNISHMENT DISPOSITION ORDER**

On July 8, 2020 this Court issued a writ of garnishment, pursuant to Section 3205 of the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205, directed to Garnishees ChoiceTrade, LetsGoTrade, Inc. ("ChoiceTrade") and TD Ameritrade Inc. ("TD Ameritrade"), for the civil penalties owed by Defendants Kit Mun Chan ("Chan"), Chong Poui Fan ("Fan"), and Binji Lu ("Lu"). (Dkt. 60.)

Garnishees filed answers to the Writ on August 10, 2020, identifying Defendants' accounts, and claiming no exemptions, objections, defenses, or off-sets. (Dkt. 62 and 63.) The Defendants were served with copies of the Writ and Garnishees' answers. (Dkt. 61 and 64.) Defendants did not file claims of exemption or otherwise respond to the Writ or to Garnishees' answers, and no hearing was requested within the required time period.

NOW THEREFORE, pursuant to 28 U.S.C. § 3205(c)(7), it is hereby **ORDERED** that:

    1.    Within three days after being served with a copy of this Order, ChoiceTrade and TD Ameritrade shall turn over to the Commission all assets in the name of Defendants Fan, Chan and/or Lu. Any securities shall be liquidated and proceeds from the sale of any securities in these accounts shall also be turned over to the Commission.

2. Payment to the Commission may be made as follows:

   a. Electronically, wherein the Commission will provide ACH transfer/Fedwire instructions upon request;

   b. Direct payment from a bank account via Pay.gov through the Commission's website at: http://www.sec.gov/about/offices/ofm.htm; or

   c. By certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission, mailed to: Enterprise Services Center, Accounts Receivable Branch, HQ Bldg., Room 181, AMZ-341, 6500 S. MacArthur Boulevard Oklahoma City, OK 73169.

   Case identifying information shall be included with the payment.

3. Garnishees shall simultaneously transmit evidence of payment and case identifying information to Elizabeth Goody, Securities and Exchange Commission, 200 Vesey Street, Suite 400, New York, NY 10281 or by email at GoodyE@sec.gov.

4. Garnishees shall continue withholding the Defendants' non-exempt earnings and paying them to the Commission until the debt to the Commission is paid in full, until the Garnishees no longer have possession of any non-exempt earnings belonging to the Defendants, or until further order of this Court.

5. The Commission shall remit funds received to the United States Treasury.

6. The Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Order and all other appropriate relief.

**SO ORDERED.**

Dated: September 5, 2020

_____
GREGORY H. WOODS
United States District Judge